writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.   THE CHIEF JUSTICE, JUSTICE WHITE, and JUSTICE O'CONNOR would deny the application for stay.

No. D–681.   IN RE DISBARMENT OF FELDMAN.   Disbarment entered.   [For earlier order herein, see 485 U. S. 952.]

No. D–690.   IN RE DISBARMENT OF DORSEY.   Disbarment entered.   [For earlier order herein, see 485 U. S. 974.]

No. D–709.   IN RE DISBARMENT OF KANTOR.   It is ordered that Robert J. Kantor, of Asbury Park, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–710.   IN RE DISBARMENT OF FORD.   It is ordered that Terrence J. Ford, of Santa Rosa, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–711.   IN RE DISBARMENT OF HARPER.   It is ordered that Harvey William Harper, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–712.   IN RE DISBARMENT OF BRILL.   It is ordered that Abraham J. Brill, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 111, Orig.   DELAWARE v. NEW YORK.   Motion for leave to file bill of complaint granted.   Defendant allowed 60 days in which to file an answer.   Motion for temporary restraining order denied.

No. 86–422.   CARPENTER ET AL. v. UNITED STATES, 484 U. S. 19.   Motion of petitioner Carpenter for leave to proceed in forma pauperis nunc pro tunc denied.   Motion of petitioner Carpenter